FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BONIFACIO CARDENAS-GARCIA,<br><br>Defendant. | NO: 2:18-CR-129-RMP<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT |

On September 25, 2018, a pretrial conference was held in this matter. Defendant Bonifacio Cardenas-Garcia, who is in custody, was not present but was represented by Assistant Federal Defender Amy H. Rubin. Assistant United States Attorney Matthew F. Duggan was present on behalf of the Government.

Before the Court is the Government's Motion to Dismiss the Indictment without Prejudice, ECF No. 33, and the Praecipe at ECF No. 34, which corrects a clerical error. Having reviewed the motion and having heard from counsel, the Court finds good cause exists to grant the motion and the praecipe.

/ / /

/ / /

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment without Prejudice, **ECF No. 33**, and the Praecipe at **ECF No. 34**, are **GRANTED**.

2. The Indictment, filed on August 7, 2018, at **ECF No. 20**, is hereby dismissed without prejudice.

3. All previously set court dates, including the trial date, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this September 26, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge